UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA M. BLANCO, an individual, | Case No. 2:11-CV-00358 JAM-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |
| WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. f/k/a WORLD SAVINGS BANK, FSB; NDEx WEST, LLC, a Delaware Corporation; DOES 1 through 100, Inclusive, | |
| Defendants. | |

   This matter comes before the Court on Defendant Wells Fargo Bank's, N.A., successor by merger to Wells Fargo Bank Southwest, N.A. f/k/a Wachovia Mortgage, a division of Wells Faro Bank, N.A. f/k/a World Savings Bank, FSB ("Wells Fargo"), Motion to Dismiss (Doc. #5) Plaintiff Aura M. Blanco's ("Plaintiff") Complaint (Doc. #1), pursuant to Federal Rules of Civil Procedure 12(b)(6). Defendant NDEx ("NDEx"), collectively Defendants, joins Wells Fargo's Motion to Dismiss (Doc. #10).  Plaintiff did not oppose the

Motion to Dismiss.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss.  Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date.  Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, the Court will sanction Plaintiff's counsel, Nick Pacheco, $250.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.  It is further ordered that within ten (10) days of this Order Nick Pacheco shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: April 21, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing was originally scheduled for April 20, 2011.

2